PETITION TO REHEAR

HARGETT v. HOLLAND

No. 377PA93

Case below: 337 N.C. 651

Petition by plaintiffs to rehear pursuant to Rule 31 denied 29 December 1994.